# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-8945 FMO (PDx)** | Date | **June 29, 2026** |
|---|---|---|---|
| Title | **BC Construction Group, Inc., et al. v. Vista Charter Public Schools, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Re: Jurisdiction**

On September 19, 2025, BC Construction Group, Inc. ("BCCG") and BCCGP, CAL, LLC ("BCCGP") filed this action against several defendants, including Gonzalez Development Consulting LLC ("Gonzalez LLC"), asserting state law claims. (See Dkt. 1, Complaint). Subject matter jurisdiction is predicated on diversity of citizenship pursuant to 28 U.S.C. § 1332. (See id. at ¶ 10). Among other things, the Complaint alleges that BCCGP "is a North Carolina limited liability partnership with its principal place of business [in] North Carolina" (see id. at ¶ 2), and that Gonzalez LLC "is an Illinois company[.]" (Id. at ¶ 5).

Limited liability companies ("LLCs") are treated like partnerships rather than corporations and are deemed "a citizen of every state of which its owners/members are citizens." Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); see Grupo Dataflux v. Atlas Global Grp., L.P., 541 U.S. 567, 569, 124 S.Ct. 1920, 1923 (2004) ("[A] partnership . . . is a citizen of each State or foreign country of which any of its partners is a citizen."). "There is no such thing as 'a [state name] limited partnership' for purposes of diversity jurisdiction. There are only partners, each of which has one or more citizenships." Hart v. Terminex Int'l, 336 F.3d 541, 544 (7th Cir. 2003) (internal quotation marks omitted). Moreover, "[a]n LLC's principal place of business [or] state of organization is irrelevant" for purposes of diversity jurisdiction. See Buschman v. Anesthesia Business Consultants LLC, 42 F.Supp.3d 1244, 1248 (N.D. Cal. 2014); Tele Munchen Fernseh GMBH & Co Produktionsgesellschaft v. Alliance Atlantis Int'l Distribution, LLC, 2013 WL 6055328, *4 (C.D. Cal. 2013) ("As a limited liability company, [defendant]'s principal place of business is irrelevant for purposes of diversity jurisdiction."). If a member of an LLC is a corporation, then the state of incorporation and its principal place of business must be shown.

Plaintiffs have failed to adequately set forth BCCGP's and Gonzalez LLC's citizenship as they do not provide the citizenship of all its members. (See, generally, Dkt. 1, Complaint at ¶¶ 2, 5). Accordingly, IT IS ORDERED that no later than **July 6, 2026**, plaintiffs shall show cause in writing why this case should not be dismissed without prejudice for lack of subject matter jurisdiction. Because information regarding Gonzalez LLC's citizenship is most likely in Gonzalez LLC's possession, Gonzalez LLP shall also submit a response setting forth its citizenship. The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-8945 FMO (PDx)** | Date | **June 29, 2026** |
|---|---|---|---|
| Title | **BC Construction Group, Inc., et al. v. Vista Charter Public Schools, et al.** | | |

parties' responses shall be supported by sufficient evidence to establish that the court has subject matter jurisdiction over this case. **Failure to submit a response by the deadline set forth above may be deemed as consent to dismissal of the action without prejudice**.

00  :  00

Initials of Preparer          vdr
