# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-8945 FMO (PDx)** | Date | **July 13, 2026** |
|---|---|---|---|
| Title | **BC Construction Group, Inc., et al. v. Vista Charter Public Schools, et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:        (In Chambers) Order to Show Cause Re: Sanctions**

On September 19, 2025, BC Construction Group, Inc. ("BCCG") and BCCGP, CAL, LLC ("BCCGP") filed this action against several defendants, including Gonzalez Development Consulting LLC ("Gonzalez LLC"), asserting state law claims. (See Dkt. 1, Complaint). Subject matter jurisdiction is predicated on diversity of citizenship pursuant to 28 U.S.C. § 1332. (See id. at ¶ 10). Among other things, the Complaint alleges that BCCGP "is a North Carolina limited liability partnership with its principal place of business [in] North Carolina" (see id. at ¶ 2), and that Gonzalez LLC "is an Illinois company[.]" (Id. at ¶ 5).

On June 29, 2026, the court issued an Order to Show Cause ("OSC") Re Jurisdiction due to the Complaint's failure to adequately set forth the citizenship of BCCGP and Gonzalez LLC. (See Dkt. 49, OSC at 1) ("Plaintiffs have failed to adequately set forth BCCGP's and Gonzalez LLC's citizenship as they do not provide the citizenship of all [their] members."). The OSC directed plaintiffs and Gonzalez LLC to file responses, supported by evidence, setting forth their citizenship. (See id. at 1-2). The responses were due no later than July 6, 2026. (See id. at 1).

While plaintiffs filed a timely response, (see Dkt. 50, Plaintiffs' Brief), Gonzalez LLC did not. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT defense counsel Madoka Hori and Michael Partos shall on **August 6, 2026, at 10:00 a.m.** in Courtroom 6D of the Felicitas and Gonzalo Mendez United States Courthouse to show cause why sanctions should not be imposed for failure to respond to the OSC issued on June 29, 2026. Failure to attend the Order to Show Cause hearing shall result in the imposition of sanctions against defense counsel and defendant Gonzalez LLC.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |

| CV-90 (06/04) | **CIVIL MINUTES - GENERAL** | Page 1 of 1 |
|---|---|---|